IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CHAVEZ GODINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>FBI SPECIAL AGENT ERIC<br>LAMOE, et al.,<br><br>    Defendants. | No. C 07-3143 RMW (PR)<br><br>ORDER CORRECTING<br>ERRONEOUS FILING;<br>CLOSING CASE;<br>INSTRUCTIONS TO CLERK |

    Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this court, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis on June 14, 2007. Plaintiff filed an earlier civil rights action in this court, in case no. C 05-2276 RMW (PR), which was dismissed as frivolous, alleging similar claims against the same defendants as the instant complaint. Here, plaintiff requests that the court reopen his earlier case and reconsider his claims. Plaintiff also refers to his earlier action in the instant complaint.

    It appears the instant complaint was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the clerk shall terminate all pending motions and close the file. The clerk shall copy the complaint (docket no. 1) in the instant case and transfer the document to case no. C 05-2276 RMW (PR).

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.rmw\cr.07\Godinez143close      1

1 | The court will address plaintiff's request to reopen his earlier action in case no. C 05-
2276 RMW (PR) in a separate written order.

3 |     IT IS SO ORDERED.

4 | DATED: 6/22/2007      /s/ Ronald M. Whyte
                                RONALD M. WHYTE
5 |                                 United States District Judge

1  This is to certify that on _____6/22/2007_____, a copy of this ruling was mailed to the following:

2

3  Peter Chavez Godinez

4  03031558
Santa Clara County Dept. of Corrections
5  885 North San Pedro Street
San Jose, CA  95110
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.rmw\cr.07\Godinez143close        3