IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER CHAVEZ GODINEZ, | ) | No. C 07-3143 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| FBI SPECIAL AGENT ERIC LAMOE, et al., | ) | |
| Defendants. | ) | |

The court has closed the instant case because the complaint filed on June 14, 2007 was mistakenly opened as a new case, rather than being filed in plaintiff's earlier civil rights action, case no. C 05-2276 RMW (PR). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:  6/22/2007            /s/ Ronald M. Whyte
                              RONALD M. WHYTE
                              United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.07\Godinez143jud            1

1  This is to certify that on _____6/22/2007_____, a copy of this ruling was mailed to the following:

2

3  Peter Chavez Godinez

4  03031558
   Santa Clara County Dept. of Corrections
5  885 North San Pedro Street
   San Jose, CA  95110
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28