**FILED**
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  The court will address plaintiff's request to reopen his earlier action in case no. C 05-
2  2276 RMW (PR) in a separate written order.
3       IT IS SO ORDERED.
4  DATED: 6/22/07
                              _Ronald M. Whyte_
                              RONALD M. WHYTE
                              United States District Judge

07-3143 RMW
11-21-2007

ON 06-11-2007 THE U.S DISTRICT COURT CLERK REGISTERED THE U.S.C 1983 COMPLAINT CASE NO C-073143. THROUGH THIS SAME COMPLAINT, I WAS REQUESTING THE U.S. DISTRICT COURT TO REOPEN MY ORIGINAL U.S.C 1983 COMPLAINT CASE NO C-052276, THAT THE U.S DISTRICT COURT JUDGE RONALD M. WHYTE CLOSED ILLEGALLY. THIS CASE NO C-073143 WAS ORDERED BY THE U.S DISTRICT COURT JUDGE WHYTE, TO BE CLOSED CITING ERRONEOUS FILING. THE COURT REQUESTED THIS FROM ME. ON 06-29-07 I FILED A WRITTEN MOTION TO THE CHIEF JUDGE VAUGHN R. WALKER, FOR THE PURPOSE OF REOPENING MY ORIGINAL CASE NO C-052276. THE REASON WHY I SENT THIS WRITTEN MOTION TO THE CHIEF JUDGE WALKER, IS BECAUSE THE JUDGE WHYTE HAS ALWAYS BEING DENYING ME JUSTICE ON THIS TRUE SERIOUS MATTER, THAT IT NEEDS JUDGMENT.

ON 07-20-07 I FILED A WRITTEN COURT RESTRAINING ORDER WITH THE U.S DISTRICT CHIEF JUDGE VAUGHN R. WALKER, CHAMBERS. FOR THE F.B.I SPECIAL AGENT ERIC LAMOE, AND THE F.B.I AGENCY TO BE ORDERED TO TURN OFF MY BODY NERVES, THE F.B.I AGENCY, ALL SPECIAL GOVT OFFICIALS, SPECIAL SPYING INTELL-NEURO UNIVERSAL TECHNOLOGY OFF MY BODY NERVES! PERIOD. SINCE 11-30-2002 TO THIS VERY DATE 11-21-07 APPROX 10:AM. THE F.B.I AGENCY ALL SPECIAL AGENTS, HAVE BEEN CRUELLY PUNISHING ME THROUGH THEIR GOVT ASSIGNED SECRET NEURO TECH, 24 HOURS DAILY, THIS PAST FIVE YEARS.. VIOLATING ALL MY HUMAN RIGHTS, AND CONSTITUTIONAL DUE PROCESS RIGHTS, ON THIS STATE GOVERNMENT CRIMINAL CASE NO FF302126, THAT THE DISTRICT ATTORNEY OFFICE HAS REFUSED ALL THIS YEARS, TO PROSECUTE, HAVING THE GOVT NEURO TECHNOLOGY ACTIVE WHILE ON DUE PROCESS, IT VIOLATES ALL LAW RIGHTS, AND THE NEURO TECH BEING ACTIVE BY THE F.B.I AGENCY BY FORCED, IT DEPRIVES ME FROM LIFE AND JUSTICE.//

ON 09-02-2007 I AGAIN WROTE THE CHIEF JUDGE VAUGHN R. WALKER, CHAMBERS, ASKING HIM, FOR THE UPDATE? ON MY COMPLAINT. ON 10-18-2007 AGAIN I WROTE THE CHIEF JUDGE WALKER CHAMBERS ASKING HIM FOR THE UPDATE ON THIS SERIOUS COMPLAINT? TO THIS VERY DATE 11-21-07 I HAVEN'T RECEIVED THE UPDATE.?!...... NOW I'M SENDING THE CHIEF JUDGE WALKER CHAMBERS A COPY OF THE DOCUMENTS, WHERE THE JUDGE WHYTE, REQUESTED ME TO DO WHAT I BEEN DOING SINCE 06-22-07. ASKING THE COURT TO REOPEN MY ORIGINAL COMPLAINT CASE NO C-052276.. THE GOVERNMENT SPECIAL SPYING INTELL-IGENCE NEURO TECHNOLOGY, HAS BEEN ACTIVE ON MY BODY NERVES, SINCE 11-30-2002, BY FORCED, BY THE F.B.I AGENCY, SPECIAL AGENTS THAT ARE HIGHLY IRRESPONSIBLE WITH THEIR GOVT DUTIES.. I'M VIOLATED EXTREMELY! MY LIFE HAS BEEN DESTROYED AND RUINED FOR EVER! THIS GOVERNMENT NEURO TECH, IN MY BODY HAS RUINED MY LIFE FOR EVER!! I WILL NEVER IN MY LIFE WILL WORK WITH THE GOVERNMENT, OR THEIR NEURO SECRET TECH, I'M WILLING TO KILL AND DIE FOR MY LIFE RIGHTS! I DON'T CALL THIS A LIFE, BEING VIOLATED AS I AM, AS I BEEN ALL THIS YEARS. THAT IS THE CENTRAL REASON WHY I BEEN ASKING THE U.S. DISTRICT COURT JUDGES FOR JUSTICE! AS THE HUMAN BEING THAT I AM, I'M ENTITLE TO COURT, RELIEF, I'M ENTITLE TO JUSTICE! I'M ASKING THE COURT, TO ISSUE ME, THE UPDATE OF THIS MATTER, MY LIFE IS ON HOLD, UNTIL THE U.S. DISTRICT COURT PROCEEDS WITH MY MATTER, AN ISSUES ME JUSTICE AS I BEEN REQUESTING.! ALL THIS YEARS. I'M REQUESTING THE UPDATE ON THIS SERIOUS MATTER //

THANK YOU -
Peter C____

27  THE GOVERNMENT SPECIAL SPYING INTELL-IGENCE NEURO UNIVERSAL TECHNOLOGY ON MY BODY NERVES, BEING ACTIVE OPERATIVE, WHILE IN CUSTODY 24 HOURS DAILY BY FORCED, ITS A BIG
28  LAW VIOLATION! I'M VIOLATED! I'M ASKING FOR JUSTICE // I BEEN GETTING TREATED BY THE F.B.I AGENCY, LIKE A BEAST, THROUGH THE AGENCY, GOVT CLASSIFIED NEURO TECHNOLOGY BEING USED AGAINST ME, ALL THIS PAST FIVE YEARS, 24 HOURS DAILY. ! BY FORCED..

```
                                    FILED

                                  JUN 22 2007
                              RICHARD W. WIEKING
                           CLERK, U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
                                    SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CHAVEZ GODINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>FBI SPECIAL AGENT ERIC LAMOE, et al.,<br><br>    Defendants. | No. C 07-3143 RMW (PR)<br><br>ORDER CORRECTING ERRONEOUS FILING; CLOSING CASE; INSTRUCTIONS TO CLERK |

    Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this court, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis on June 14, 2007. Plaintiff filed an earlier civil rights action in this court, in case no. C 05-2276 RMW (PR), which was dismissed as frivolous, alleging similar claims against the same defendants as the instant complaint. Here, plaintiff requests that the court reopen his earlier case and reconsider his claims. Plaintiff also refers to his earlier action in the instant complaint.

    It appears the instant complaint was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the clerk shall terminate all pending motions and close the file. The clerk shall copy the complaint (docket no. 1) in the instant case and transfer the document to case no. C 05-2276 RMW (PR).

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.rmw\cr.07\Godinez143close        1

**FILED**

JUN 22 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CHAVEZ GODINEZ,<br><br>Plaintiff,<br><br>v.<br><br>FBI SPECIAL AGENT ERIC LAMOE, et al.,<br><br>Defendants. | No. C 07-3143 RMW (PR)<br><br>JUDGMENT |

The court has closed the instant case because the complaint filed on June 14, 2007 was mistakenly opened as a new case, rather than being filed in plaintiff's earlier civil rights action, case no. C 05-2276 RMW (PR). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __6/22/07__

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

PETER CHAVEZ GODINEZ
X-03031558 → DTL 957
SANTA CLARA CO. DEPT OF CORRECTIONS
885 N. SAN PEDRO STREET
SAN JOSE, CALIF. 95110

S.L.CALIF.MAIL 951
26 NOV 2007 PM 7 L

RECEIVED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHAMBERS
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIF. 94102

94102+3661